AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas Dallas

Marie Melton
*Plaintiff*
v.
University of North Texas System
*Defendant*

Civil Action No. 3-26CV3506-X

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* University of North Texas System
c/o Office of General Counsel
1155 Union Circle #310907
Denton, TX 76203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marie Melton
P.O. Box 411052
Dallas, TX 75241
817-983-1555
mariemelton@my.untdallas.edu

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/7/2026

Jasmine Tomas
*Signature of Clerk or Deputy Clerk*