Denton County Constable, Pct. 4
Danny Fletcher
6200 Canyon Falls Dr., Suite 300
Flower Mound, TX 76226
972-434-3980

FILED-USDC-NDTX-DA
'26 OCT 14 PM12:39
JJF

## *Summons - CERTIFICATE OF SERVICE*

**Cause No. 3-26CV3506-X**

**Court: United States District Court (Dallas Division)**

**Court Date:**

**Dallas County, TX**

**Marie Melton vs. University of North Texas System**

Came to hand October 8, 2026 at 10:49 AM. Executed as follows:

The document delivered: Summons ; Complaint and Demand for Jury Trial

The person or entity served: University of North Texas System C/O Office of General Counsel

The date of delivery: October 12, 2026 at 10:24 AM

The manner of delivery: Personal

The address where delivery was accomplished: 801 North Texas Blvd Denton TX 76201

Service note: I served University of North Texas System C/O Office of General Counsel a citation#3-26CV3506-X

Total fee for service $80.00

Danny Fletcher
Constable, Pct. 4
Denton, Texas

By [signature]
Robert Kubicek