Denton County Constable, Pct. 4
Danny Fletcher
6200 Canyon Falls Dr., Suite 300
Flower Mound, TX 76226
972-434-3980

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 19 2026
CLERK, U.S. DISTRICT COURT
By _______ Deputy

*Summons - CERTIFICATE OF SERVICE*

**Cause No. 3-26CV3506-X**

**Court: United States District Court (Dallas Division)**

**Court Date:**

**Dallas County, TX**

**Marie Melton vs. University of North Texas System**

Came to hand October 8, 2026 at 10:49 AM. Executed as follows:

The document delivered: Summons ; Complaint and Demand for Jury Trial

The person or entity served: University of North Texas System C/O Office of General Counsel

The date of delivery: October 12, 2026 at 10:24 AM

The manner of delivery: Personal

The address where delivery was accomplished: 801 North Texas Blvd Denton TX 76201

Service note: I served University of North Texas System C/O Office of General Counsel a citation#3-26CV3506-X

Total fee for service $80.00

Danny Fletcher
Constable, Pct. 4
Denton, Texas

By [signature]
Robert Kubicek

Civil Action No. 3-26CV3506-X

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas Dallas

RECEIVED
26 OCT 08 AM10:49
CONSTABLE PRECINCT 4

| | | |
|---|---|---|
| Marie Melton | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| University of North Texas System | ) | 3-26CV3506-X |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* University of North Texas System
c/o Office of General Counsel
1155 Union Circle #310907
Denton, TX 76203

Physical Address:
801 North Texas Blvd
Denton TX 76201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marie Melton
P.O. Box 411052
Dallas, TX 75241
817-983-1555
mariemelton@my.untdallas.edu

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/7/2026

Jasmine Toman
*Signature of Clerk or Deputy Clerk*

Danny Fletcher
Constable Pct. 4 Denton County, Texas

**DANNY FLETCHER**
CONSTABLE
PRECINCT 4, DENTON COUNTY
6200 CANYON FALLS DRIVE
SUITE 300
Flower Mound, Texas 76226

X-RAY

RECEIVED - 2
OCT 19 2026
MAILROOM

FIRST-CLASS
NONAUTO
PRSRT LTR

US POSTAGE PITNEY BOWES
ZIP 76208 $ 000.72[1]
02 7W
0008046559 OCT 14 2026

Clerk's Office — Dallas Division
Earl Cabell Federal Building and United States
Courthouse
1100 Commerce Street, Room 1452
Dallas, TX 75242

020 IIB-AMP 75242